CERTAIN & ZILBERG, PLLC
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10022
TEL. 212.687.7800
FAX 212.687.7801

Writer's Extension: x225
Writer's Email: gcertain@certainlaw.com

December 3, 2020

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   RE: Ramaj v. ConAgra Foods et al.
      Case No.: 1:19-cv-00284-ENV-LB
      Conference Adjournment Request

Dear Magistrate Judge Lois Bloom:

 I am counsel to the plaintiff in the above-referenced matter and write to respectfully request an adjournment of the upcoming December 9, 2020, at 2:30 p.m. Telephone Status Conference due to a scheduling conflict with previously scheduled court ordered deposition. Accordingly, I respectfully request that the December 9th Telephone Status Conference be adjourned to any time on either December 8, 2020, or December 10, 2020.  I have spoken with Counsel for ConAgra who consents to this request.

 I thank you for your consideration of this request

              Respectfully submitted,

              Gary Certain, Esq. [GC-7509]

cc: All Counsel of Record Via ECF