UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RAMAJ

v.

CONAGRA FOODS, INC., et al.

-----------------------------------------------------------X

1:19-cv-284

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Frank Cesarone__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Meyers & Flowers, LLC__ and a member in good standing of the bar(s) of the State(s) of __Illinois and South Carolina__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiff Ramaj__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: __3/23/2021__

Respectfully submitted,

_____
Signature of Movant
Firm Name __Meyers & Flowers, LLC__
Address __3 N. 2nd Street, Suite 300__
__St. Charles, IL 60174__
Email __fvc@meyers-flowers.com__
Phone __630-232-6333__